**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GAGE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-CV-01583-JPG |
| ) | |
| ADVANCED TECHNOLOGY ) | Honorable J. Phil Gilbert |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER ON DEFENDANT'S MOTION TO TRANSFER**
**AND MOTION FOR PARTIAL DISMISSAL**

Defendant Advanced Technology Services, Inc. (ATS) filed a Motion to Transfer Venue (Dkt. 8) and a Partial Motion to Dismiss (Dkt. 16). The Parties have made this Court aware that they consent to the following being ordered:

a. Defendant's Motion to Transfer Venue is hereby GRANTED. The Clerk of Court is hereby instructed to transfer this matter to the Central District of Illinois, Peoria Division.

b. After transfer to the Central District of Illinois, the Parties agree Plaintiff shall file an Amended Complaint within 14 days following the transfer.

c. Due to the agreement to file an Amended Complaint, this Court finds that Defendant's Partial Motion to Dismiss is DENIED as MOOT. This denial is without prejudice to Defendant's right to file a Rule 12 motion following amendment.

**IT IS SO ORDERED.**
**Dated: March 9, 2022**

/s/ J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE